FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

2009 JUL 30  PM 1:50

U.S. BANKRUPTCY COURT
AUGUSTA, GA
SAMUEL L. KAY, CLERK

IN RE

DALE AND DEBORAH CROCKER,                    **Chapter 13**

        **Debtors,**                    **Case No.: 04-14200**

DALE AND DEBORAH CROCKER,

        **Plaintiff,**                    **Adversary No. 08-1053-SDB** ✓

v.

NCO FINANCIAL SYSTEMS, INC. et. al.

        **Defendants.**

_____/

## NCO'S NOTICE OF FILING

Defendant, NCO Financial Systems, Inc. ("NCO" or "defendant"), by and through its undersigned counsel, files this Notice of Filing and states:

Previously, NCO filed a Motion for Summary Judgment as to Counts 1-3 along with Exhibits.  Exhibit 5 to the Motion was an Affidavit.  Exhibits to the Affidavit were (A) Educap correspondence and (B) NCO account Notes.  NCO incorrectly referred to the NCO account notes as Exhibit 6 instead of Exhibit B.  In addition, the account notes were inadvertently removed from the filing.  The Affidavit has been corrected to correct the scrivener's error and to contain the NCO account notes, which are attached hereto.

DATED this 29th day of July 2009.

Respectfully submitted,

_____
Kenneth C. Grace, Esq. (*Pro Hac Vice*)
FL Bar No.: 0658464

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
9009 Corporate Lake Dr.; Ste. 300-S
Tampa, FL 33634
Telephone No.: (813) 890-2465
Facsimile No.: (813) 889-9757
kgrace@sessions-law.biz

David Israel, Esq. (*Pro Hac Vice*)
LA Bar No.: 7174
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd., Ste. 1240
Metairie, LA  70002
Telephone: (504) 828-3700
Facsimile (504) 828-3737
disrael@sessions-law.biz

Albert J. DeCusati, Esq.
MCLAIN & MERRITT, P.C.
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA   30326-3240
Telephone No.: (404) 365-4527
Facsimile No.: (404) 364-3138

Counsel for Defendant, NCO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of July 2009 a copy of the foregoing document was sent via facsimile and U.S. Mail First Class to: Zane P. Leiden, Esq., Leiden and Leiden, 330 Telfair Street, Augusta, GA 30901 &) Chris Cosper, Esq., Hull, Towill, Norman, Barrell & Salley, P.O. Box 1564, Augusta, GA 30903-1564.

_____
Attorney

N:\NCO\Crocker, Deborah & Dale (6947-08-23576)\Pleadings\Crocker v NCO (Notice of Filing re Exhibit).doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE

DALE AND DEBORAH CROCKER,                    Chapter 13

     Debtors,                    Case No.: 04-14200

DALE AND DEBORAH CROCKER,

     Plaintiff,                    Adversary No. 08-1053-SDB

v.

NCO FINANCIAL SYSTEMS, INC. et. al.

     Defendants.
_____/

**NCO AFFIDAVIT**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO COUNTS 1-3**

STATE OF NEW YORK
COUNTY OF ERIE

  BEFORE ME, the undersigned authority, personally came and appeared Mike Noah who, after being duly sworn, did depose and state:

1. I am Senior Vice-President for NCO Financial Systems, Inc. ("NCO"). In that capacity, I am familiar with and have personal knowledge of NCO's business operations, and collection account records used and maintained in the ordinary course of business. I have reviewed all business records, pleadings, correspondence, and discovery in this matter. Additionally, I investigated plaintiffs' claims and have personal knowledge regarding what NCO did and did not do in its attempts to collect on the Crocker's debts.

2. On August 23, 1995, plaintiffs co-signed for a student loan for their daughter. On July 22, 1996, plaintiffs co-signed for a second student loan for their daughter. By cosigning, plaintiffs agreed to pay all principal, interests, costs, and fees stemming from the collection of the student loans.

3. Plaintiffs filed for bankruptcy on November 18, 2004. Plaintiffs listed Plato, care of Loan Servicing Center, on the bankruptcy schedules and mailing matrix regarding the subject debt. Educap, Wells Fargo, and NCO were not listed on any schedule or mailing matrix. On December 9, 2004, Educap, through its account servicer, Wells Fargo, filed 2

proofs of claim totaling $4,644.25. Plaintiffs' modified bankruptcy plan was confirmed on April 25, 2005. After the filing of the bankruptcy petition and the proofs of claim additional interest accrued and collection costs and fees matured or continued to mature. *See* **Exh. A,** Educap Correspondence.

4.     Plaintiffs paid a total of $4,737.43 to the trustee/bankruptcy court to be applied to the debt owed to Educap. Plaintiffs paid $93.18 more than what was contemplated in the proofs of claim. It is unknown why these monies were paid or how Educap applied these monies. With regard to money application, it appears that Educap applied a portion first to collection fees, next to interest, third to collection costs, and last to principal. Plaintiffs received a discharge on October 30, 2006. The trustee issued its final report and account on November 15, 2006. The Final Decree was signed and the bankruptcy case was closed on December 21, 2006.

5.     According to Wells Fargo on behalf of Educap (hereinafter "Wells/Educap"), the $4,737.43 paid to Educap was insufficient to satisfy the full amount of the debt including all principal, interest, and collection costs and fees owed to Educap. *See* **Exh. A,** Educap Correspondence. The proofs of claim filed did not contemplate post-petition interest or collection costs and fees. At the conclusion of the bankruptcy, Wells/Educap calculated a remaining balance owed of $2,306.73 constituting student loan principal, student loan interest, and collection costs related to the collection of both student loans. *See* **Exh. A,** Educap Correspondence. Educap subsequently attempted to collect the remaining balance but was unsuccessful.

6.     On January 9, 2007, Educap sold the 2 loans and remaining balances to NCO Portfolio Management. Wells/Educap represented to NCO that plaintiffs owed a total balance of $2,306.73 constituting student loan principal, student loan interest, and collection costs related to the collection of 2 student loans. *See* **Exh. A,** Educap Correspondence. According to Wells/Educap, account no. 631090 assigned reference no LJI680 constituted principal of $79.67, interest of $8.96, and collection costs/fees of $629.46 for a total of **$718.09.** Account no. 878087 assigned reference no. LJI681 constituted principal of $150.06, interest of $16.74, and collection costs/fees of $1,421.84 for a total of **$1,588.64.** *See* **Exh. A,** Educap Correspondence.

6.     NCO Portfolio Management, in turn, placed Plaintiffs' 2 accounts with NCO for collection. From February 6, 2007 to August 2, 2007, NCO engaged in collection efforts. In particular, on February 6, 2007, March 10, 2007, and July 12, 2007, NCO mailed plaintiffs collection notices seeking payment of the debt. Plaintiffs claim that their lawyer mailed NCO 3 letters informing NCO of his representation, disputing the debt, and requesting NCO cease and desist its collection efforts. NCO's records, however, reflect receipt of only 1 letter. NCO received and processed the July 30, 2007 letter on August 2, 2007. *See* **Exhibit B** NCO Account Notes. Subsequent to August 2, 2007, NCO ceased contacting the plaintiffs. *See* **Exhibit B,** NCO Account Notes. Any

communication subsequent to August 2, 2007 was directed to counsel for plaintiffs and/or was initiated by an entity other than NCO for which NCO is not responsible.

7.     Up until its receipt of a dispute, NCO had no reason to disbelieve the information provided to it by its client.

I have provided this sworn affidavit of my own free will under penalty of perjury and the information contained in this affidavit is accurate to the best of my knowledge, information and belief.

_Mike Noah, S.V.P.,_

Sworn to and subscribed before me this ___9___ day of July, 2009.

_Robert J. Nelson_
NOTARY PUBLIC

My Commission Expires: _Sept. 30, 2013_          [seal]   ROBERT J. NELSON
                                                          Notary Public, State of New York
                                                          Qualified in Erie County         2013
                                                          My Commission Expires Sept. 30, 20...

N:\NCO\Crocker, Deborah & Dale (6947-08-23576)\Pleadings\Crocker v NCO (MSJ AFF 2).doc

# EXHIBIT "A"

This is what I/Wells Fargo had at the time of the loan sale to NCO. (Fees is most likely charged past collection fees that have not been paid).

878087:
Principal   150.06
Interest    16.74
Fees        1421.84

631090
Principal   79.67
Interest    8.96
Fees        629.46

Thanks

Patrick D. Ostinato
Collection Systems Manager
Loan to Learn, an EduCap Inc. Program
Office: 703-674-4767
Fax: 703-674-4677
postinato@loantolearn.com

Money posts in our system to Collection Fees first, Interest second, Miscellaneous and Late Fees third and Principle last from the oldest bill due forward



Thanks

Patrick D. Ostinato
Collection Systems Manager
Loan to Learn, an EduCap Inc. Program
Office:  703-674-4767
Fax:  703-674-4677
postinato@loantolearn.com

# EXHIBIT "B"

Pur-LJI680
From: "NCO Automated Report Generator (dmpftw)"@ncogroup.com
Sent: Monday, November 10, 2008 10:37 AM
To: Berman, Maxine
Subject: Pur-LJI680


F A C T   S H E E T


```
CRS #:      LJI680                    Client #:   NCOED1-3
Name:       CROCKER, DALE             NCO/ASGNE OF EDUCAP, INC
Address:    C/O ZANE P. LEIDEN ESQ    Acct #:     0000631090
            330 TELFAIR STREET
City/State: AUGUSTA, GA 30901-2450    Regarding:  EDUCAP
Home Phone: (706) 724-8548            Amt Refered:       79.67
Work Phone: (000) 000-0000            Current Bal:       79.67
Soc Sec No: 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               Comm Rate:      32.000%
Employer:                             Costs:              0.00
                                      Ck Chg/Fee:         0.00
                                      Other    639.93
Status:     30  BANKRUPTCY CH7        Interest Rate:   11.120%
Coll Unit:  666  LEGAL REST ACCT      Interest Amt:      16.49
Date Last:  12/05/05                  Date Received:  01/09/07
Activity Code:  10 ACTIVE DEBTOR          Return on 11/10/08  30
PrevDebtorNo Last: IB4E           First: CORRESPONM
Co Maker    Last:                 First:
      SS#   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
      Home  (000) 000-0000
      Emp   (000) 000-0000
EftNtcDate  00/00/00
EftNtcCode
EftOptionOut
EftMailRturn
LastNtcDate 00/00/00
LastNtcCode
```

HP 706-790-1829 NIS 4 INCMG CA


```
----------PAYMENTS----------------  -------------TRANSACTIONS-------------
--Date--    Amount   Code   Rate   --DATE--    TIME  AC/RC  ----COMMENT---- ID

01/09/07      0.00   97            01/10/07   06:35  CS/10                  SYS
                                   01/10/07   06:35  FA/BK                  SYS
                                     RECD BK DATA,ACCT UPDATED,REPORT REV
                                     IEW
                                   01/10/07   06:35  CC/CC                  SYS
                                     D01-ADDED BANKRUPTCY
                                   01/10/07   06:35  CC/CC                  SYS
                                     K00-ADDED ATTORNEY
                                   01/10/07   06:35  CC/CC                  SYS
                                     K00-ADDED TRUSTEE INFO
                                   01/10/07   06:35  CC/CC                  SYS
                                     K00-ADDED DEFENDANT INFO
                                       Page 1
```

```
                              Pur-LJI680
                              01/10/07  08:36  CK/NI                  SYS
                              01/10/07  08:36  FA/NI                  SYS
                              01/10/07  08:36  IR/GI                  SYS
```

LJI680   CROCKER, DALE                                Page 2

```
----------PAYMENTS----------------   -------------TRANSACTIONS--------------
--Date--    Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                   01/10/07  08:36  AB/NI                  SYS
                                   01/10/07  08:36  AD/NI                  SYS
                                   01/10/07  08:36  AH/NI                  SYS
                                   01/10/07  09:03  CK/NI                  SYS
                                   01/10/07  09:03  FA/NI                  SYS
                                   01/10/07  09:03  IR/GI                  SYS
                                   01/10/07  09:03  AB/GI                  SYS
                                   01/10/07  09:03  AD/GI                  SYS
                                   01/10/07  09:03  AH/NI                  SYS
                                   01/11/07  10:13  CC/CC  SCORE-000       SYS
                                   01/11/07  10:13  CC/CC                  SYS
                                     DEBTOR CREDIT BUREAU DATA ON O SCREE
                                     N
                                   01/15/07  20:23  CG/UR                  SYS
                                     SOL DATE 00 00 00
                                   01/30/07  16:01  CO/CO                  NMX
                                     BK FILED AND DISCHARGED
                                   01/30/07  16:01  TA/    E01             NMX
                                   01/30/07  16:28  CS/30                  HK3
                                   01/30/07  22:02  CC/CC                  SYS
                                     A01-NA LAST-CROCKER,DEBORAH
                                   01/30/07  22:02  CC/CC  A01-NM FIRST-   SYS
                                   02/01/07  00:31  SN/B8  60              ABM
                                   02/02/07  08:19  TR/BN                  GIG
                                     NIS FOR INCMG CALLS
                                   02/02/07  08:19  CS/10                  GIG
                                   02/02/07  08:19  CC/CC  HP-7067901829   GIG
                                   02/06/07  00:50  SN/B1                  -CB
                                   02/07/07  00:46  SN/B6  60              -CB
                                   02/25/07  09:49  TA/    E30             JA3
                                   03/10/07  00:24  SN/U                   ABM
                                   05/04/07  16:12  SU/NI                  SYS
                                   05/04/07  16:12  SU/NI                  SYS
                                   07/05/07  12:38  SU/NI                  SYS
                                   07/05/07  12:38  SU/NI                  SYS
                                   07/12/07  00:35  SN/R                   ABM
                                   07/13/07  16:39  BK/CO                  SYS
                                     LISTED WITH TELETRACK
                                   08/01/07  09:50  CC/CC  COLL UNIT E25   EDC
                                   08/01/07  09:50  SR/SC                  EDC
                                     EDUCAP TO AGENCIES
                                   08/02/07  18:37  AT/IR                  I4L
                                     DEBTOR FORWARDED TO AGENCY
                                   08/02/07  18:37  CC/CC                  I4L
                                     NCO COMM 27.00 - CBR14458207
                                   08/02/07  18:37  CC/CO                  I4L
                                     FORWARDED TO NN2
                                     PHONE NUMBER 877-867-3787
                                     Page 2
```

```
Pur-LJI680
08/02/07  18:37  CC/CC  COLL UNIT YAY    I4L
08/02/07  18:37  CS/40                    I4L
08/03/07  03:44  AT/IR                    SYS
     NEW PLMT - BALANCE UPDATE SENT
08/03/07  12:12  CS/58                    MVB
08/03/07  12:12  CS/97                    MVB
```

LJI680   CROCKER, DALE                              Page 3

```
----------PAYMENTS---------------    -------------TRANSACTIONS--------------
--Date--   Amount   Code   Rate   --DATE--    TIME  AC/RC  ----COMMENT---- ID
```

```
                                  08/03/07  12:14  CC/CC                    MVB
                                     A1-2440 YATES DR
                                  08/03/07  12:14  CC/CC  ADDRESS 2         MVB
                                  08/03/07  12:14  CC/CC                    MVB
                                     CSZ-AUGUSTA          GA 309060000
                                  08/03/07  12:14  CC/CC  WORK PHONE        MVB
                                  08/03/07  12:14  CC/CC  AUX1 POS 0 -      MVB
                                  08/03/07  12:14  IM/SC                    MVB
                                     INCOMING MAIL - RECD CERTIFIED BK
                                     AND MOTION TO REOPEN CHAP 13 SENT
                                     TO IDM AND SCAN
                                  08/03/07  12:15  AT/LR  C101 NN2          MVB
                                  08/03/07  12:20  CC/CC  HP-    0000000     MVB
                                  08/03/07  12:20  CC/CC  WP-7067249727     MVB
                                  08/03/07  14:28  TA/    NN2               NMX
                                  08/03/07  14:40  RM/CC                    NMX
                                     RMVE FROM CBR-CB2
                                  08/03/07  14:40  CC/CC  WP-8882289035     NMX
                                  08/06/07  16:42  CC/CO                    SYS
                                     MASTER FORWARDED FLAG REMOVED
                                     FORWARD FLAG WAS F NOW R
                                  09/06/07  10:36  SR/SC                    ZHM
                                     NO DOCS AVAILABLE,RETURN FOR REPURCH
                                     ASE
                                  09/06/07  10:36  CS/67                    ZHM
                                  09/06/07  10:36  TA/    IDM               ZHM
                                  09/06/07  10:36  CC/CC                    ZHM
                                     RETURN NCOED13-0000631090
                                  09/07/07  14:38  CS/27                    X4R
                                  09/07/07  14:38  TA/    PUR               X4R
                                  09/07/07  14:38  CC/CC                    X4R
                                     UNRTRN NCOED13-0000631090
                                  09/22/07  14:16  CS/67                    SYS
                                  09/22/07  14:16  FA/BK                    SYS
                                     RECD BK DISMISSAL, ACCTS UPDATED
                                  09/27/07  15:07  CO/CO                    U3U
                                     BK FLD AND DSCHGRD
                                  09/27/07  15:07  CS/85                    U3U
                                  10/01/07  13:45  TA/    IDM               BUR
                                  10/22/07  19:27  CG/UR                    SYS
                                     SOL DATE 10 07 09
                                  12/22/07  13:40  CC/CC  D00-BCN-0         BKT
                                  12/22/07  13:40  CC/CC  D00-BCT-AUGUSTA   BKT
                                  12/22/07  13:40  CC/CC                    BKT
                                     D00-BBD-00 00 00
                                     Page 3
```

```
Pur-LJI680
12/22/07  13:40  CC/CC                              BKT
      D00-BML1-933 BROAD STR 341 ME
12/22/07  13:40  CC/CC                              BKT
      RECD BKT DATA FROM LEXIS NEXIS-H
12/22/07  13:40  CC/CC   K00-TI-NA-                 BKT
12/22/07  13:40  CC/CC   K00-TI-ADD-                BKT
12/22/07  13:40  CC/CC   K00-TI-CT-                 BKT
12/22/07  13:40  CC/CC   K00-TI-ST-                 BKT
12/22/07  13:40  CC/CC   K00-TI-ZIP-                BKT
```

```
LJI680   CROCKER, DALE                         Page 4

----------PAYMENTS----------------   -------------TRANSACTIONS-------------
--Date--    Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID

                                    12/22/07  13:40  CC/CC                   BKT
                                       K00-TI-PH-0000000000
                                    12/22/07  13:40  CC/CC   WH SKP - SADD   SYS
                                    01/14/08  17:37  CC/CC                   SYS
                                       ACTIVITY-ON-0000631090
                                    01/16/08  20:10  BK/CO                   SYS
                                       DELETED FROM TELETRACK
                                    07/25/08  19:48  CG/UR                   SYS
                                       SOL DATE 09 07 08
                                    07/31/08  18:40  CC/CC  AUX2 POS 19-     SYS
                                    07/31/08  18:40  CC/CC  AUX2 POS 21-     SYS
                                    11/03/08  16:08  CC/CC  ACCT VIEW ONLY   DLO
                                    11/03/08  16:15  IM/SC                   MVB
                                       RECD ADVERSARY ...CASE NO 0801053SDB
                                       SENT TO COMPLIANCE
                                    11/10/08  10:23  CS/27                   DMP
                                    11/10/08  10:24  CC/CC                   DMP
                                       A1-  ZANE P. LEIDEN
                                    11/10/08  10:25  TA/    PUR              DMP
                                    11/10/08  10:27  SR/SC                   DMP
                                       RECD ADVERSARY FROM IDM TODAY SENDIN
                                       G TO SESSIONS
                                    11/10/08  10:27  CC/CC                   DMP
                                       RETURN NCOED13-0000631090
                                    11/10/08  10:34  SR/SC                   DMP
                                       REQ DELETION AND UDF

Date Printed:  Nov 10, 2008
```

Pur-LJI680

Pur-LJI681

From: "NCO Automated Report Generator (dmpftw)"@ncogroup.com
Sent: Monday, November 10, 2008 10:37 AM
To: Berman, Maxine
Subject: Pur-LJI681

## F A C T   S H E E T

| | |
|---|---|
| CRS #:   LJI681 | Client #:   NCOED1-3 |
| Name:   CROCKER, DEBORAH | NCO/ASGNE OF EDUCAP, INC |
| Address:   C/O ZANE P. LEIDEN ESQ | Acct #:   0000878087 |
|   330 TELFAIR STREET | |
| City/State: AUGUSTA, GA 30901-2450 | Regarding: EDUCAP |
| Home Phone: (706) 724-8548 | Amt Refered:   150.06 |
| Work Phone: (000) 000-0000 | Current Bal:   150.06 |
| Soc Sec No:  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 | Comm Rate:   37.000% |
| Employer:   CEASE AND DESIST | Costs:   0.00 |
| | Ck Chg/Fee:   0.00 |
| | Other  1441.43 |
| Status:   30  BANKRUPTCY CH7 | Interest Rate:   11.150% |
| Coll Unit:  666  LEGAL REST ACCT | Interest Amt:   31.19 |
| Date Last:  12/05/05 | Date Received:  01/09/07 |
| Activity Code:  ER LEXIS HIT | Return on 11/10/08  30 |
| PrevDebtorNo Last: IB4E | First: CORRESPONM |
| Co Maker   Last: | First: |
|    SS#   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 | |
|    Home   (000) 000-0000 | |
|    Emp   (000) 000-0000 | |
| EftNtcDate   00/00/00 | |
| EftNtcCode | |
| EftOptionOut | |
| EftMailRturn | |
| LastNtcDate   00/00/00 | |
| LastNtcCode | |

HP 706-790-1829 NIS 4 INCMG CA

| ----------PAYMENTS---------------- | | | | ------------TRANSACTIONS--------------- | | | | |
|---|---|---|---|---|---|---|---|---|
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | ID |
| 01/09/07 | 0.00 | 97 | | 01/10/07 | 06:35 | CS/10 | | SYS |
| | | | | 01/10/07 | 06:35 | FA/BK | | SYS |
| | | | | RECD BK DATA,ACCT UPDATED,REPORT REVIEW | | | | |
| | | | | 01/10/07 | 06:35 | CC/CC | | SYS |
| | | | | D01-ADDED BANKRUPTCY | | | | |
| | | | | 01/10/07 | 06:35 | CC/CC | | SYS |
| | | | | K00-ADDED ATTORNEY | | | | |
| | | | | 01/10/07 | 06:35 | CC/CC | | SYS |
| | | | | K00-ADDED TRUSTEE INFO | | | | |
| | | | | 01/10/07 | 06:35 | CC/CC | | SYS |
| | | | | K00-ADDED DEFENDANT INFO | | | | |
| | | | | Page 1 | | | | |

```
                        Pur-LJI681
                        01/10/07  08:36  CK/NI                SYS
                        01/10/07  08:36  FA/NI                SYS
                        01/10/07  08:36  IR/GI                SYS
```

LJI681   CROCKER, DEBORAH                              Page 2

```
----------PAYMENTS----------------    ------------TRANSACTIONS--------------
--Date--     Amount    Code   Rate    --DATE--   TIME  AC/RC  ----COMMENT---- ID

                                      01/10/07  08:36  AB/NI                SYS
                                      01/10/07  08:36  AD/NI                SYS
                                      01/10/07  08:36  AH/NI                SYS
                                      01/10/07  09:03  CK/NI                SYS
                                      01/10/07  09:03  FA/NI                SYS
                                      01/10/07  09:03  IR/GI                SYS
                                      01/10/07  09:03  AB/GI                SYS
                                      01/10/07  09:03  AD/GI                SYS
                                      01/10/07  09:03  AH/NI                SYS
                                      01/11/07  10:13  CC/CC  SCORE-000      SYS
                                      01/11/07  10:13  CC/CC                 SYS
                                      DEBTOR CREDIT BUREAU DATA ON O SCREE
                                      N
                                      01/15/07  20:23  CG/UR                SYS
                                      SOL DATE 00 00 00
                                      01/30/07  16:01  CO/CO                NMX
                                      BK FILED AND DISCHARGED
                                      01/30/07  16:01  TA/    E01           NMX
                                      01/30/07  16:29  CS/30                HK3
                                      01/30/07  22:02  CC/CC                SYS
                                      A01-NA LAST-CROCKER,DALE
                                      01/30/07  22:02  CC/CC  A01-NM FIRST- SYS
                                      02/01/07  00:31  SN/B8  60            ABM
                                      02/02/07  08:18  TR/ND                BA2
                                      7067901829 2AEDUCAP
                                      02/02/07  08:23  TR/BN                GIG
                                      NIS 4 INCMG CALLS
                                      02/02/07  08:23  CC/CC  HP-7067901829 GIG
                                      02/06/07  00:50  SN/B1                -CB
                                      02/06/07  14:38  TR/ND                IP9
                                      02/07/07  00:46  SN/B6  60            -CB
                                      02/12/07  08:14  TO/BN                GIG
                                      NIS 4 INCMG CALLS AT COS HP
                                      02/12/07  08:15  CC/CC  A10-STATUS-22 GIG
                                      02/12/07  08:15  CC/CC                GIG
                                      A01-HP-7067901829
                                      02/16/07  08:11  TW/AM                BA2
                                      7067969181 2AEDUCAP
                                      02/22/07  08:36  DR/BN                IP9
                                      FTP SAID WRONG NUMBER AND IMMED
                                      HUNGUP BEFRE I COULD SAY ANYTHING
                                      ELSE
                                      02/26/07  18:25  TW/NA                BA2
                                      7067969181 2AEDUCAP
                                      02/28/07  15:15  DR/ND                IP9
                                      02/28/07  15:15  CC/CC  WP-7067969181 IP9
                                      02/28/07  15:15  CS/10                IP9
                                      03/09/07  09:12  TA/    E30           JA3
                                      Page 2
```

```
Pur-LJI681
03/10/07  00:24  SN/U                      ABM
05/04/07  16:12  SU/NI                     SYS
05/04/07  16:12  SU/NI                     SYS
05/05/07  08:15  TA/      E32              OCW
07/05/07  12:38  SU/NI                     SYS
07/05/07  12:38  SU/NI                     SYS
```

LJI681   CROCKER, DEBORAH                              Page 3

```
----------PAYMENTS---------------  -------------TRANSACTIONS--------------
--Date--    Amount    Code   Rate  --DATE--    TIME  AC/RC  ----COMMENT---- ID
                                   07/12/07  00:35  SN/R                    ABM
                                   07/13/07  16:39  BK/CO                   SYS
                                     LISTED WITH TELETRACK
                                   08/01/07  09:50  CC/CC  COLL UNIT E25    EDC
                                   08/01/07  09:50  SR/SC                   EDC
                                     EDUCAP TO AGENCIES
                                   08/02/07  18:37  AT/IR                   I4L
                                     DEBTOR FORWARDED TO AGENCY
                                   08/02/07  18:37  CC/CC                   I4L
                                     NCO COMM 27.00 - CBR14458208
                                   08/02/07  18:37  CC/CO                   I4L
                                     FORWARDED TO NN2
                                     PHONE NUMBER 877-867-3787
                                   08/02/07  18:37  CC/CC  COLL UNIT YAY    I4L
                                   08/02/07  18:37  CS/40                   I4L
                                   08/03/07  03:44  AT/IR                   SYS
                                     NEW PLMT - BALANCE UPDATE SENT
                                   08/03/07  12:16  CS/58                   MVB
                                   08/03/07  12:18  CC/CC                   MVB
                                     A1-2440 YATES DR
                                   08/03/07  12:18  CC/CC  ADDRESS 2        MVB
                                   08/03/07  12:18  CC/CC                   MVB
                                     CSZ-AUGUSTA        GA 309060000
                                   08/03/07  12:18  CC/CC  HP-   0000000    MVB
                                   08/03/07  12:18  CC/CC  WORK PHONE       MVB
                                   08/03/07  12:18  CC/CC  AUX1 POS 0 -     MVB
                                   08/03/07  12:18  IM/SC                   MVB
                                     INCOMING MAIL - RECD CERTIFIED BK
                                     AND MOTION TO REOPEN CHAP 13 SENT
                                     TO IDM AND SCAN
                                   08/03/07  12:19  AT/LR  C101  NN2        MVB
                                   08/03/07  14:39  RM/CC                   NMX
                                     RMVE FROM CBR-CB2
                                   08/03/07  14:39  RM/CC                   NMX
                                     RMVE FROM CBR-CB2
                                   08/05/07  12:24  CC/CO                   SYS
                                     MASTER FORWARDED FLAG REMOVED
                                     FORWARD FLAG WAS F NOW R
                                   08/15/07  11:33  IM/SC                   WSC
                                     IN ACCESS 07 63792
                                   09/22/07  14:16  CS/67                   SYS
                                   09/22/07  14:16  FA/BK                   SYS
                                     RECD BK DISMISSAL, ACCTS UPDATED
                                   09/27/07  15:08  CO/CO                   U3U
                                     BK FLD AND DSCHGRD
                                     Page 3
```

```
Pur-LJI681
09/27/07  15:08  CS/85                        U3U
09/27/07  15:08  CS/40                        U3U
12/22/07  13:40  CC/CC   DO0-BCN-0            BKT
12/22/07  13:40  CC/CC   DO0-BCT-AUGUSTA  BKT
12/22/07  13:40  CC/CC                        BKT
     DO0-BBD-00 00  00
12/22/07  13:40  CC/CC                        BKT
     DO0-BML1-933 BROAD STR 341 ME
12/22/07  13:40  CC/CC                        BKT
```

LJI681    CROCKER, DEBORAH                          Page 4

| ----------PAYMENTS--------------- | | | | ------------TRANSACTIONS-------------- | | | |
| --Date-- | Amount | Code | Rate | --DATE-- | TIME | AC/RC | ----COMMENT---- | ID |
|  |  |  |  | RECD BKT DATA FROM LEXIS NEXIS-H | | | | |
|  |  |  |  | 12/22/07 | 13:40 | CC/CC | K00-TI-NA- | BKT |
|  |  |  |  | 12/22/07 | 13:40 | CC/CC | K00-TI-ADD- | BKT |
|  |  |  |  | 12/22/07 | 13:40 | CC/CC | K00-TI-CT- | BKT |
|  |  |  |  | 12/22/07 | 13:40 | CC/CC | K00-TI-ST- | BKT |
|  |  |  |  | 12/22/07 | 13:40 | CC/CC | K00-TI-ZIP- | BKT |
|  |  |  |  | 12/22/07 | 13:40 | CC/CC | | BKT |
|  |  |  |  | K00-TI-PH-0000000000 | | | | |
|  |  |  |  | 12/22/07 | 13:40 | CS/58 | | BKT |
|  |  |  |  | 12/22/07 | 13:40 | TA/ | NN2 | BKT |
|  |  |  |  | 12/22/07 | 13:40 | CC/CC | WH SKP - SADD | SYS |
|  |  |  |  | 01/14/08 | 17:37 | CC/CC | | SYS |
|  |  |  |  | ACTIVITY-ON-0000878087 | | | | |
|  |  |  |  | 01/16/08 | 20:10 | BK/CO | | SYS |
|  |  |  |  | DELETED FROM TELETRACK | | | | |
|  |  |  |  | 03/18/08 | 17:18 | TA/ | E09 | DEM |
|  |  |  |  | 03/25/08 | 10:30 | CS/30 | | CJ9 |
|  |  |  |  | MNL RV BK FILED ND DISCHGRED | | | | |
|  |  |  |  | 03/28/08 | 09:08 | TA/ | 2M1 | CJ9 |
|  |  |  |  | 04/30/08 | 11:37 | TR/LM | | DKQ |
|  |  |  |  | MRD..THIS IS A BUSINESS PHONE..SECT | | | | |
|  |  |  |  | TOOK MESG | | | | |
|  |  |  |  | 04/30/08 | 12:52 | IC/CM | | DJ7 |
|  |  |  |  | ATTORNEY ZANE LEIDEN,WILL FORWARD | | | | |
|  |  |  |  | LETTER OF REP. AND COPY OF DISCHARGE | | | | |
|  |  |  |  | PAPERS SHOWING THIS LOAN WAS PAID | | | | |
|  |  |  |  | IN FULL..... | | | | |
|  |  |  |  | 04/30/08 | 18:58 | CO/CO | | WWR |
|  |  |  |  | REC D COPY OF BANKRUPTCY INFORMATION | | | | |
|  |  |  |  | SHOWING THAT THIS ACCOUNT WAS | | | | |
|  |  |  |  | INCLUDE IN THE DISCHARGE. | | | | |
|  |  |  |  | SENT DOCS TO SCAN | | | | |
|  |  |  |  | 07/03/08 | 13:06 | CC/CC | WH SKP - SHP | LXN |
|  |  |  |  | 07/03/08 | 13:06 | CC/CC | | SYS |
|  |  |  |  | ACTIVITY 10 NCOED13-0000878087 | | | | |
|  |  |  |  | 07/25/08 | 19:48 | CG/UR | | SYS |
|  |  |  |  | SOL DATE 10 07 09 | | | | |
|  |  |  |  | 07/31/08 | 18:40 | CC/CC | AUX2 POS 19- | SYS |
|  |  |  |  | 07/31/08 | 18:40 | CC/CC | AUX2 POS 21- | SYS |
|  |  |  |  | 08/18/08 | 16:17 | CS/58 | | ABM |
|  |  |  |  | 08/18/08 | 16:17 | SR/CO | | ABM |
|  |  |  |  | STATUS 58 IN ERROR SHOULD HAVE BEEN | | | | |

Page 4

```
Pur-LJI681
   CHANGED AT RECALL

   09/03/08  12:59  TA/     E05          SYS
   09/05/08  14:52  AT/IR                I4L
      DEBTOR FORWARDED TO AGENCY
   09/05/08  14:52  CC/CC                I4L
      NCO COMM 32.00 - CBR14458208
   09/05/08  14:52  CC/CO                I4L
      FORWARDED TO PM3
      PHONE NUMBER 888-355-7515
   09/05/08  14:52  CC/CC  COLL UNIT BTH  I4L
   09/05/08  14:52  CS/10                 I4L
```

LJI681   CROCKER, DEBORAH                          Page 5

```
----------PAYMENTS---------------   -------------TRANSACTIONS-------------
--Date--    Amount    Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID

                                   09/06/08  04:42  AT/IR                SYS
                                      NEW PLMT - BALANCE UPDATE SENT
                                   09/17/08  05:48  AJ/IR                SYS
                                      20080915 ACKNOWLEDGMENT
                                   09/18/08  06:31  AJ/IR                SYS
                                      20080916 TED - TRANS UNION CPE BUREA
                                   09/18/08  06:31  AJ/IR                SYS
                                      20080916 ND LOCATION DATA LOADED
                                   09/18/08  06:31  AJ/IR                SYS
                                      20080916 06 00 11 - SKIP EFFORTS INI
                                   09/18/08  06:31  AJ/SN                SYS
                                      20080916 1ST DEMAND LETTER
                                   09/19/08  17:24  SN/1                 SYS
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080926 D SYS THS WS CLSD IN CHPTR
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080926 RNY TO SND INFO VIA  FAX SY
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080927 09 42 24 -
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080926   S NOT SNDNG ANYTHNG WILL R
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080926 16 34 27 - POSSIBLE ATTRNY
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080926  TO CLLCT ON THS DBT  ASKD
                                   09/30/08  11:22  AJ/LM                SYS
                                      20080926 TELEPHONE DEMAND RESIDENCE
                                   09/30/08  11:22  AJ/LM                SYS
                                      20080926 TELEPHONE DEMAND RESIDENCE
                                   09/30/08  11:22  AJ/LM                SYS
                                      20080926 TELEPHONE DEMAND RESIDENCE
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080927 09 42 20 - MGR REV   GVE TO
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080927 09 41 17 - COLLECTOR REVIEW
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080927 INFO WAS RCVD GVN TO MANGAE
                                   09/30/08  11:22  AJ/IR                SYS
                                      20080927 OSE FOR CLSE
                                      Page 5
```

```
Pur-LJI681
09/30/08  11:22  AJ/IR                              SYS
   20080926 APRIL OF 2008    SYS WE ARE
09/30/08  11:22  AJ/IR  20080927 T               SYS
09/30/08  11:22  AJ/IR                              SYS
   20080926 EN CASE AND SUE AND HNG UP
10/02/08  05:04  AJ/IR                              SYS
   20080929 OUNT AS B13 AND WILL CONTAC
10/02/08  05:04  AJ/IR                              SYS
   20080929 PRC    B13    ACCOUNT CLOSED
10/02/08  05:04  AJ/IR                              SYS
   20080930 EIDEN AND LEIDEN PERTAINING
10/02/08  05:04  AJ/IR                              SYS
   20080930 242189-20080930104016 , ITE
10/02/08  05:04  AJ/IR                              SYS
   20080930 242189 , ITEM 1
```

LJI681   CROCKER, DEBORAH                          Page 6

```
-----------PAYMENTS---------------  ------------TRANSACTIONS-------------
--Date--     Amount    Code   Rate  --DATE--    TIME AC/RC ----COMMENT---- ID

                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080930 242189 , ITEM 1
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080929 18 08 12 - MGMT REVIEW.  DE
                                    10/02/08  05:04  AJ/IR  20080929 NT    SYS
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080930 10 41 08 - DETACHED DOCUMEN
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080930 10 40 57 - ATTACHED DOCUMEN
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080930 10 42 06 - ATTACHED DOCUMEN
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080930 10 42 22 - RECEIVED FAX FRO
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080929 18 06 32 - STATUS CHANGED
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080929 HAS BEEN RESOLVED.   CLOSED
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080929 CLOSE - BANKRUPT
                                    10/02/08  05:04  CS/58                 SYS
                                    10/02/08  05:04  AT/IR                 H14
                                       DEBTOR RECALLED FROM AGENCY - PM3
                                    10/02/08  05:04  CC/CC  COLL UNIT PM3  SYS
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080930  REOPENING CH 13 CASE.  SEE
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080930 TACHED.
                                    10/02/08  05:04  AJ/IR                 SYS
                                       20080929 CO TO HAVE THEM DEADFILE AC
                                    10/13/08  10:57  CC/CC  HP-7067248548  COR
                                    10/13/08  10:57  CC/CC  WP-8882289035  COR
                                    10/13/08  10:57  IM/SC  STAT UNCHNGD   COR
                                    10/13/08  10:57  RM/CC  DELETE CBR-BDC COR
                                    10/13/08  10:57  CC/CC                 COR
                                       D01-BCN-SOUTHERN DISTRICT OF GEORGIA
                                    10/13/08  10:57  CC/CC                 COR
                                       Page 6
```

```
Pur-LJI681
    D01-BDF-11-18-04
10/13/08  10:57  CC/CC                        COR
    D01-BDG-10-30-06
10/13/08  10:57  CC/CC   EMPLOYER             COR
10/13/08  10:57  IM/SC                        COR
    IMAGE 2008101310005622LJI681JJ2
10/13/08  10:57  IM/SC                        COR
    FAX - BANKRUPTCY
10/13/08  10:57  IM/SC   TABLE 37             COR
10/23/08  07:35  CC/CC   ACCT VIEW ONLY       ACG
10/23/08  07:38  SP/IO                        ACG
    SNT UDF TO 3 CBRS ELECTRLY DLT
11/03/08  16:08  CC/CC   ACCT VIEW ONLY       DLO
11/03/08  16:17  IM/SC                        MVB
    RECD ADVERSARY CASE NO 0801053SDB -
    SENT TO COMPLIANCE
11/10/08  10:36  CC/CC                        DMP
    A1-  ZANE P. LEIDEN
```

LJI681   CROCKER, DEBORAH                           Page 7

```
----------PAYMENTS----------------  -------------TRANSACTIONS--------------
--Date--    Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID

                                   11/10/08  10:36  CC/CC  HOME PHONE      DMP
                                   11/10/08  10:36  SR/SC                  DMP
                                       RECD ADVERSARY FROM IDM TODAY SENDIN
                                       G TO SESSIONS
                                   11/10/08  10:36  CC/CC                  DMP
                                       RETURN NCOED13-0000878087
                                   11/10/08  10:36  TA/BKT                 DMP
                                   11/10/08  10:36  SR/SC                  DMP
                                       REQ DELETION AND UDF
```

Date Printed:  Nov 10, 2008



THE SESSIONS FIRM
**SESSIONS**
**FISHMAN**
**NATHAN &**
**ISRAEL** LLP
ATTORNEYS AT LAW

FILED

2009 JUL 30  PM 1:50

U.S. BANKRUPTCY COURT
AUGUSTA, GA
SAMUEL L. KAY, CLERK

KENNETH C. GRACE
Licensed in the State of Florida
Direct: (813) 890-2465
kgrace@sessions-law.biz

July 29, 2009

**Via FedEx Overnight**

Clerk of Court
USBC Southern District of Georgia
Federal Justice Center
600 James Brown Blvd
Augusta, GA 30901

      **Re:**    ***Dale and Deborah Crocker v. NCO Financial Systems, Inc.***
            **Adversary Case No.: 08-01053-SDB**

Dear Clerk of Court:

       Enclosed for filing, please find a copy of NCO's Notice of Filing an Amended Affidavit originally included as Exhibit 5 to NCO's Motion for Summary Judgment as to Counts 1-3 and Incorporated Memorandum of Law filed on July 10, 2009 in the above referenced matter.

       Please do not hesitate to contact me should you have any questions or concerns.

                Sincerely,

                Kenneth C. Grace

KCG:pld
Enclosure

cc:    David Israel, Esq. (via e-mail)
       Albert J. Decusati, Esq. (via e-mail)
       Zane Leiden, Esq. (via facsimile & U.S. Mail)
       Chris Cosper, Esq. (via facsimile & U.S. Mail)