Law Office of

# LEIDEN AND LEIDEN

*A Professional Corporation*

Terrance Patrick Leiden (also Ohio)  
Zane P. Leiden (also SC)  

Myrna I. Serrano (also NC)

330 Telfair Street  
Augusta, Georgia 30901-2450  

*(706) 724-8548*  
Toll Free Number 888-228-9035  
FAX (706) 724-9727

C. Christopher CoCroft, Jr.  
(1941-1974)

August 3, 2009

Hon. Susan D. Barrett  
**VIA HAND-DELIVERY**  
United States Bankruptcy Court  
Southern District of Georgia  
Federal Justice Center Plaza Building  
600 James Brown Blvd  
Augusta, GA 30901

*[FILED stamp: 2009 AUG -3 PM 4:47, U.S. BANKRUPTCY COURT, AUGUSTA, GA, SAMUEL L. KAY, CLERK]*

Re: Crocker v. NCO Financial Systems, Inc  
Chapter 13 Case No. 04-14200  
Adv. No. 08-1053-SDB

Dear Judge Barrett:

This letter is a follow-up to my discussion with your courtroom deputy regarding the settlement of all issues in the above-referenced adversary proceeding. I am sending this letter so that the hearing scheduled for August 4th on the NCO motions with Plaintiff responses may be removed from the calendar. Ken Grace joins in this request. By copy of this letter I am notifying all parties. Should the court require an announcement on the record, I can make myself available.

The parties will file either a consent order or joint stipulation of dismissal within 20 days of the scheduled hearing. If anything else is required to remove the matter from the calendar, please let me know.

Very truly yours,

*[signature]*

Zane P. Leiden

ZPL/alt

Cc: Ken Grace (via facsimile)  
Chris Cosper (via facsimile)