## In The United States Bankruptcy Court
### For the Southern District of Georgia
### Augusta Division

FILED
2009 AUG 24 PM 2: 13
U.S. BANKRUPTCY COURT
AUGUSTA, GA
SAMUEL L. KAY, CLERK

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | CHAPTER 13 |
| DALE AND DEBORAH CROCKER, | ) | CASE NO.: 04-14200 |
| *Debtors.* | ) | |
| | ) | |
| DALE and DEBORAH CROCKER, | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | ADV. NO.: 08-1053-SDB ✓ |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| *First Defendant,* | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL

NOW COME the parties in this adversary proceeding and submit to the Court this joint stipulation of dismissal pursuant to Bankruptcy Rule 7041(a)(1)(A)(ii) and inform the Court that they have reached a resolution on this matter. All parties request that all claims and counts in this case be dismissed with prejudice, with all costs and fees of the parties attributable to this action to be borne respectively by those parties.

Respectfully submitted this 19th day of August, 2009.

| | |
|---|---|
| KENNETH C. GRACE | ZANE P. LEIDEN |
| Attorney for Defendant | Attorney for Plaintiffs |
| 9009 Corporate Lake Blvd. | 330 Telfair Street |
| Suite 300-S | Augusta, GA 30909 |
| Tampa, FL 33634-2367 | Ga. Bar. No. 445820 |